UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:12-CR-387-1

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : ORDER TO SEAL INFORMATION |
| | : AND PLEA AGREEMENT |
| VIVIAN PERRY HARGROVE | : |

Upon motion of the United States, it is hereby ORDERED that the Information in the above-captioned case, being filed September 18, 2012, be sealed.

It is FURTHER ORDERED that the Plea Agreement in the above-captioned case also be sealed. The Clerk may temporarily unseal the Criminal Information and Plea Agreement to provide copied to the United States Attorney.

This the 26 day of December, 2012.

James C. Dever III
Chief U.S. District Judge