# UNITED STATES DISTRICT COURT

for the

Eastern District of North Carolina

United States of America )
v. )
Vivian Perry Hargrove )

Case No:  5:12-CR-387-1D

USM No:  57193-056

Date of Original Judgment:        September 18, 2013 )
Date of Previous Amended Judgment: _____ )   Suzanne Little
*(Use Date of Last Amended Judgment if Any)*                  *Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
    ☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____33_____ months **is reduced to** _____27 months_____

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment(s) dated        September 18, 2013
shall remain in effect. **IT IS SO ORDERED.**

Order Date:        10/25/15

_____
*Judge's signature*

Effective Date:    November 1, 2015
              *(if different from order date)*

James C. Dever III, Chief U.S. District Judge
*Printed name and title*

EDNC Rev. 11/8/2011