# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

**UNITED STATES OF AMERICA**

v.                  **Crim. No. 5:12-CR-387-1D**

**VIVIAN PERRY HARGROVE**

On October 30, 2015, the above named was released from prison and commenced a term of supervised release for a period of 36 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,                I declare under penalty of perjury that the foregoing is true and correct.

/s/ Jeffrey L. Keller              /s/ Arthur B. Campbell  
Jeffrey L. Keller                Arthur B. Campbell  
Supervising U.S. Probation Officer     U.S. Probation Officer  
                                                  310 New Bern Avenue, Room 610  
                                                  Raleigh, NC 27601-1441  
                                                  Phone: 919-861-8677  
                                                  Executed On: May 8, 2017

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this \_\_\_11\_\_\_ day of \_\_\_May\_\_\_, 2017.

                                                         James C. Dever III  
                                                         Chief U.S. District Judge